# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

ANN FELLOWS,

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-00201-BR |
| | ) | |
| NCB MANAGEMENT SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ANN FELLOWS, by and through the undersigned counsel hereby withdraws Notice of Acceptance of Offer of Judgment [ Doc NO.18 ] and informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.


So Ordered_____

RESPECTFULLY SUBMITTED,

By:__/s/ Adam T Hill_____
          Adam T Hill
          Attorney for Plaintiff
          10 N Dearborn Suite 300
          Chicago, IL 60602
          Phone: (312 578-9428

E-mail: ahill@consumerlawcenter.com
Attorney for Plaintiff


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 14, 2016 I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice

was electronically submitted to all parties by the Court's CM/ECF system.



<u>/s/ Adam T Hill</u>
Adam T Hill
Attorney for Plaintiff